ANDREA KORNGOLD, Appellant, v HARVEY KORNGOLD, Respondent.

Submitted August 7, 2006; decided October 24, 2006

Motion for leave to appeal dismissed upon the ground that appellant has failed to establish timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).

---

MANUFACTURER'S & TRADERS TRUST COMPANY, Named in the Relevant Escrow Agreements as MANUFACTURER'S & TRADERS BANK, Plaintiff, v RELIANCE INSURANCE COMPANY et al., Defendants, O'BRIEN & GERE TECHNICAL SERVICES, INC., et al., Appellants, and FRU-CON/FLUOR DANIEL JOINT VENTURE, Respondent.

Submitted July 24, 2006; decided October 24, 2006

Motion by Cives Corporation et al. for leave to appeal granted. Motion by O'Brien & Gere Technical Services, Inc. for leave to appeal granted.

Judge PIGOTT taking no part.

---

MAUHOI TUNG, Appellant, v HENRY CHIU, D.D.S., Doing Business as MOTT STREET DENTAL SERVICES P.C., Respondent.

Submitted August 14, 2006; decided October 24, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602).